**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CHRISTOPHER WILLIAM REED, | : | No. 26 MM 2018 |
| Petitioner | : | |
| v. | : | |
| JUDGE JESSICA E. BREWBAKER, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 27th day of March, 2018, the Petition for Writ of Prohibition is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.